IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
November 1, 2012 Session

**BOBBY GLEN CROCKER v. STATE OF TENNESSEE**

**Appeal from the Circuit Court for Carroll County**
**No. 05CR98PC   Donald E. Parish, Judge**

**No. W2012-00960-CCA-R3-PC  - Filed May 28, 2013**

JOSEPH M. TIPTON, P.J., concurring.

I concur with the majority opinion save one point. My colleagues infer that the post-conviction court discredited the Petitioner's testimony, although the court made no such finding. I believe the record reflects that the court's findings accepted all the testimony as true but that the court concluded the Petitioner did not provide clear and convincing evidence of his claim. The record supports such a conclusion.

---

JOSEPH M. TIPTON, PRESIDING JUDGE